**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

GREAT AMERICAN INSURANCE
COMPANY, INC.

          Plaintiff,

v.

VIVOT EQUIPMENT
CORPORATION & UNDERWATER
MECHANIX SERVICES LLC,

          Defendants.

CASE NO. 3:23-CV-01217

**<u>JOINT NOTICE OF SETTLEMENT</u>**

COME NOW, the appearing parties Great American Insurance Company, Inc. and Underwater Mechanix Services LLC (collectively the "Parties"), by and through undersigned counsel, and hereby notify the Court the Parties have reached a settlement with respect to all pending claims between the Parties. The Parties will begin working on a settlement agreement to memorialize the settlement but request that the Court retain jurisdiction over this matter for thirty (30) days to allow the Parties time to finalize the settlement and submit a stipulation for dismissal with prejudice, with each party to bear its own fees and costs. While the Parties work on finalizing the settlement, they respectfully request that all pending deadlines within the next thirty (30) days be suspended.

Respectfully submitted,

/s/ Pedro E. Hernandez
**PEDRO E. HERNANDEZ**
Florida Bar No. 0030365
pheranandez@hinshawlaw.com
**DANIEL C. SHATZ**
Florida Bar No. 94696
dshatz@hinshawlaw.com
**TIMOTHY W. ODZER**
Florida Bar No. 1020018
todzer@hinshawlaw.com
Hinshaw & Culbertson LLP
2811 Ponce de Leon Blvd
Suite 1000, Floor 10
Coral Gables, FL  33134
(305) 358-7747
(305) 577-1063 – Fax
*Counsel for Great American Insurance Company*

/s/ Michael J. Friedman
**MICHAEL J. FRIEDMAN**
Florida Bar No. 650854
mfriedman@friedmanlegalfl.com
**NICOLE D. MOSS**
Florida Bar No. 1003075
nmoss@friedmanlegalfl.com
Friedman Legal
1001 Yamato Road, Suite 311
Boca Raton, FL  33431
(561) 320-7788
*Counsel for Underwater Mechanix Services LLC*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on March 8, 2024, a true and correct copy of the foregoing was filed and served via the Middle District of Florida CM/ECF eFiling portal which will send a copy to all counsel of record.

**HINSHAW & CULBERTSON LLP**

/s/ Daniel C. Shatz
**PEDRO E. HERNANDEZ**
Florida Bar No. 30365
phernandez@hinshawlaw.com
**DANIEL C. SHATZ**
Florida Bar No. 94696
dshatz@hinshawlaw.com

**TIMOTHY W. ODZER**
Florida Bar No. 1020018
todzer@hinshawlaw.com
2811 Ponce de Leon Boulevard, Suite 1000
Coral Gables, FL 33134
Telephone:  305-358-7747
Facsimile:   305-577-1063
*Counsel for Great American Insurance
Company*