UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GREAT AMERICAN INSURANCE COMPANY, INC.**,

    Plaintiff,

v.                                            CASE NO.  3:23-cv-1217-HLA-JBT

**VIVOT EQUIPMENT CORPORATION & UNDERWATER MECHANIX SERVICES, LLC**,

    Defendant.
_____/

## O R D E R

Pursuant to the Joint Notice of Settlement (Dkt. 29), and in accordance with Rule 3.09(b) of the Local Rules of the Middle District of Florida, it is

**ORDERED** that this case is **DISMISSED without prejudice**, subject to the right of a party to move the Court within sixty (60) days hereof to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk of Court is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of March 2024.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record